```
 1  Lawrence D. Murray  SBN 77536
    MURRAY & ASSOCIATES
 2  1781 Union Street
    San Francisco, CA  94123
 3  Tel:   (415) 673-0555
    Fax:   (415) 928-4084
 4
    Attorney for Plaintiffs
 5  BRENDA JENKINS and STANLEY JENKINS
 6
 7
                      UNITED STATES DISTRICT COURT
 8
                     NORTHERN DISTRICT OF CALIFORNIA
 9
10  BRENDA JENKINS and STANLEY JENKINS,   No. C 05 1107 JSW
11
                 Plaintiffs,              STIPULATION AND ORDER DISMISSING
12                                        DEFENDANTS OFFICE OF THE
         vs.                              INDEPENDENT ADMINISTRATOR AND ADR
13                                        SERVICES, INC.
14  KAISER FOUNDATION HEALTH PLAN, INC.,
    OFFICE OF THE INDEPENDENT
15  ADMINISTRATOR, ADR SERVICES, INC. et
    al.
16
                 Defendants.
17
18
19       WHEREAS, plaintiff has filed suit against defendants Office of the Independent Administrator
    and ADR Services, Inc.;
20
         WHEREAS, defendant Office of the Administrator hereby stipulates to be bound by and will
21
    comply with any and all orders of this Court in this action;
22
         WHEREAS, defendant ADR Services, Inc. hereby stipulates to be bound by and will comply with
23
    any and all orders of this Court in this action; and
24
         WHEREAS, plaintiff stipulates to dismiss, without prejudice, defendants Office of the
25  Independent Administrator and ADR Services, Inc.
26       IT IS HEREBY STIPULATED by and between the parties that defendants Office of the
27  Independent Administrator and ADR Services, Inc. shall each be bound by and will comply with any and
28
```

Jenkins, et al. vs. Kaiser Foundation Health Plan, Inc., et al.; USDC Nor Dist of Calif. Case No. C 05 1107 JSW
Stipulation and Order Dismissing Office of the Independent Administrator and ADR Services, Inc.    Page 1

all orders of this Court in this action and that defendants Office of the Administrator and ADR Services, Inc. are hereby dismissed from this action, without prejudice.

May 24
~~April~~ ___, 2005

Lawrence D. Murray
Attorney for Plaintiff

April ___, 2005

Sharon Oxborough
Attorney for Defendant
Office of the Independent Administrator

May
~~April~~ 11, 2005

By: Dorene Kanoh
for Defendant ADR Services, Inc.

# ORDER

IT IS HEREBY ORDERED THAT:

1. Defendant Office of the Independent Administrator shall be bound by and shall comply with all orders of this court in this action.

2. Defendant ADR Services, Inc. shall be bound by and shall comply with all orders of this court in this action.

3. Defendant Office of the Independent Administrator is hereby dismissed from this action without prejudice.

4. Defendant ADR Services, Inc. is hereby dismissed from this action without prejudice.

Dated: _____

_____
Honorable Jeffrey S. White
Judge of the United States District Court

---

Jenkins, et al. vs. Kaiser Foundation Health Plan, Inc., et al.; USDC Nor Dist of Calif. Case No. C 05 1107 JSW
Stipulation and Order Dismissing Office of the Independent Administrator and ADR Services, Inc.      Page 2

1 | all orders of this Court in this action and that defendants Office of the Administrator and ADR Services,
2 | Inc. are hereby dismissed from this action, without prejudice.

April ___, 2005

_____
Lawrence D. Murray
Attorney for Plaintiff

~~April~~ May 4, 2005

*/s/ Sharon Oxborough*
_____
Sharon Oxborough
Attorney for Defendant
Office of the Independent Administrator

April ___, 2005

_____
Hon. John Allen (Ret.)
Attorney for Defendant
ADR Services, Inc.

# O R D E R

IT IS HEREBY ORDERED THAT:

1. Defendant Office of the Independent Administrator shall be bound by and shall comply with all orders of this court in this action.

2. Defendant ADR Services, Inc. shall be bound by and shall comply with all orders of this court in this action.

3. Defendant Office of the Independent Administrator is hereby dismissed from this action without prejudice.

4. Defendant ADR Services, Inc. is hereby dismissed from this action without prejudice.

Dated: June 15, 2005

/s/ Jeffrey S. White
_____
Honorable Jeffrey S. White
Judge of the United States District Court