IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA JENKINS and STANLEY JENKINS,<br><br>        Plaintiffs,<br><br>  v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., ET AL.,<br><br>        Defendants.<br>_____/ | No. C 05-01107 JSW<br><br>**ORDER GRANTING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |

The Court, having received Plaintiffs' late-filed request to continue the case management conference in this matter, and good cause appearing, HEREBY GRANTS the request. The case management conference scheduled for June 17, 2005 at 1:30 p.m. is HEREBY CONTINUED to October 28, 2005 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: June 15, 2005

        /s/ Jeffrey S. White
        JEFFREY S. WHITE
        UNITED STATES DISTRICT JUDGE