Lawrence D. Murray   SBN 77536
MURRAY & ASSOCIATES
1781 Union Street
San Francisco, CA  94123
Tel:   (415) 673-0555
Fax:   (415) 928-4084

Attorney for Plaintiffs
BRENDA JENKINS and STANLEY JENKINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BRENDA JENKINS and STANLEY JENKINS, | No. C 05 1107 JSW |
|---|---|
| Plaintiffs, vs. | REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE |
| KAISER FOUNDATION HEALTH PLAN, INC., OFFICE OF THE INDEPENDENT ADMINISTRATOR, ADR SERVICES, INC. et al. Defendants. | Date:       October 28, 2005<br>Time:       1:30 p.m.<br>Courtroom:  2, 17th Floor |

I, Lawrence D. Murray, declare that,

1. I am a duly licensed attorney in the State of California and am authorized to practice before this court. As such, I represent plaintiffs in this action.

2. By stipulation, the parties have agreed continue the Case Management Conference currently scheduled for October 28, 2005. Oscar R. Roesler, attorney for Kaiser, has agreed to this continuance as well, as reflected by his signature below.

3. I have not been able to attend to pressing business matters recently as my mother just underwent a serious heart-bypass procedure, and I anticipate being away from the office throughout the next week to attend to her. The parties have made initial efforts to meet and confer on the issues to be addressed at the Case Management Conference, but due to the circumstances set forth above, have not been able to do so in a meaningful way.

4. It is respectfully requested that the Case Management Conference currently scheduled for October 28, 2005, at 1:30 p.m., be continued to a later date for no less than 30 days. No further continuances are anticipated.

Jenkins, et al. vs. Kaiser Foundation Health Plan, Inc., et al.; USDC Nor Dist of Calif. Case No. C 05 1107 JSW
Request for Continuance of Case Management Conference                                    Page 1

Case 3:05-cv-01107-JSW   Document 12   Filed 10/24/2005   Page 2 of 3
Case 3:05-cv-01107-JSW   Document 13   Filed 10/24/05   Page 2 of 3
10/21/2005 17:55   14159284884   MURRAY & ASSOCIATES   PAGE 03/03

October 21, 2005

Respectfully submitted,
Murray & Associates

_Lawrence D. Murray_
Lawrence D. Murray
Attorney for Plaintiffs

SO STIPULATED

DATED: October __, 2005

SHARPS & ASSOCIATES, PSC

_Oscar R. Roesler_
Oscar R. Roesler
Attorney for Defendants Kaiser Foundation Health Plan, Inc., et al.

IT IS SO ORDERED. The Case Management Conference is HEREBY CONTINUED to December 2, 2005 at 1:30 p.m.

Dated: October 24, 2005

_Jeffrey S. White_
Judge Jeffrey S. White
United States District Court

Jenkins, et al. vs. Kaiser Foundation Health Plan, Inc., et al.; USDC Nor Dist of Calif. Case No. C 05 1107 JSW
Request for Continuance of Case Management Conference                                                Page 2

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 1781 Union Street, San Francisco, California 94123; (415) 673-0555.

On this date, I served the following document(s): REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE on the interested parties in this action as follows:

Oscar Roesler
Sharps & Associates
4900 Hopyard Road, Suite 240
Pleasanton, CA 94588
Fax: (925) 468-0272

[XX]   **BY MAIL]**   I caused envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California, addressed as shown above.

[ ]   **[BY PERSONAL SERVICE]**   I caused such envelope(s) to be delivered by hand to the above address(es).

[XX]   **[SERVICE BY FAX]**   I caused the above entitled document(s) to be personally served on the above shown parties by facsimile transmission on the date shown below by confirming the fax phone number with the law office shown above then (a) transmitting it via the fax machine within this office, and (b) receiving a receipt from the machine within this office confirming all documents sent were in fact properly received.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed in San Francisco, California, on October 24, 2005.

_____