Lawrence D. Murray   SBN 77536
MURRAY & ASSOCIATES
1781 Union Street
San Francisco, CA  94123
Tel:    (415) 673-0555
Fax:    (415) 928-4084

Attorney for Plaintiffs
BRENDA JENKINS and STANLEY JENKINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA JENKINS and STANLEY JENKINS,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., OFFICE OF THE INDEPENDENT ADMINISTRATOR, ADR SERVICES, INC. et al.<br>　　　　　　　Defendants. | No.  C 05 1107 JSW<br><br>**REQUEST FOR DISMISSAL AND ORDER FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

TO THE COURT AND ALL PARTIES:

Plaintiffs Brenda Jenkins and Stanley Jenkins move the court to dismiss this action, and all claims made therein, with prejudice, having settled the action with Defendants and resolving all claims between them.

June 8, 2006                                                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　Murray & Associates

　　　　　　　　　　　　　　　　　　　　　　　/S/

　　　　　　　　　　　　　　　　　　　　　　　Lawrence D. Murray
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

**ORDER ON REQUEST FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS BY PLAINTIFFS BRENDA JENKINS AND STANLEY JENKINS**

The parties in the above entitled action having settled all claims between them,

GOOD CAUSE APPEARING, IT IS THEREFORE THE ORDER OF THE COURT:

1. The above entitled matter is dismissed with prejudiced and the matter removed from the court's trial calendar.

Date: June 8, 2006

_____
HON. JEFFREY S. WHITE
U.S. DISTRICT COURT JUDGE